B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of New Hampshire | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alward, Nicole** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Nicole Pace** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **5170** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5 Hemlock Dr**<br>**Litchfield, NH**<br><div align="right">ZIPCODE **03052-4400**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><div align="right">ZIPCODE</div> |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><div align="right">ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIPCODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align="right">ZIPCODE</div> | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1)  (04/13)                                                                                                           Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Alward, Nicole** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _/s/ Mark Cornell_        7/23/15<br>   Signature of Attorney for Debtor(s)       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                                           Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Alward, Nicole** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **/s/ Nicole Alward**                **Nicole Alward** <br> ___Signature of Debtor___ <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br> **July 23, 2015** <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ Mark Cornell** <br> Signature of Attorney for Debtor(s) <br><br> **Mark Cornell 04976** <br> **Mark P. Cornell,** <br> **Attorney at Law, PLLC** <br> **2 Greenwood Ave.** <br> **Concord, NH  03301-0000** <br> **(603) 225-9900  Fax: 60-224-9100** <br> **mark.p.cornell@bankruptcynh.com** <br><br><br> **July 23, 2015** <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any,  of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | X _____ <br> Signature <br><br> _____ <br> Date <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of New Hampshire

IN RE:                                              Case No. _____

__Alward, Nicole__                                              Chapter __7_____
                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: __*/s/ Nicole  Alward*_____

Date: __July 23, 2015_____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

## United States Bankruptcy Court
### District of New Hampshire

IN RE:                                                                                        Case No. _____

**Alward, Nicole** _____                                  Chapter **7** _____

<div align="center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<div align="center"><em>DEFINITIONS</em></div>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 148,971.00 | 2013 Gross Business Income - (Net Loss = $72,521) |
| 0.00 | 2014 Gross Business Income - (Unknown - Tax Return Unfiled) |

---

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 3,000.00 | 2013 Capital Loss |
| 445.00 | 2013 Partnership Loss |
| 13,200.00 | 2013 Gross Rental Income - (Net Loss = $2,643) |
| 10,920.00 | 2013 Child Support Income |
| 10,920.00 | 2014 Child Support Income |
| 20,086.00 | 2014 Social Security Income |
| 4,640.00 | 2014 Social Security Income (Daughter's Benefit) |
| 6,370.00 | 2015 YTD Child Support Income |
| 13,002.50 | 2015 YTD Social Security Income |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

6,496.00  2015 YTD Social Security Income (Daughter's Benefit)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Lake Sunapee Bank**<br>**PO Box 29**<br>**Newport, NH  03773-0029** | **Monthly mortgage payments of**<br>**$1,970 paid within the last 90 days.** | **5,910.00** | **238,928.00** |

None ☑  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **People's United Bank, NA v. B&N Designs, LLC, et al**<br>**226-2015-VC-00066** | **Collection** | **Hillsborough Superior Court**<br>**Southern District**<br>**30 Spring Street**<br>**Nashua, NH 03060** | **Judgment for Plaintiff** |
| **Portfolio Recovery Associates LLC v. Nicole Alward** | **Collection** | **9th Circuit – District Division – Merrimack**<br>**4 Baboosic Lake Road**<br>**P.O. Box 324**<br>**Merrimack, NH 03054-0324** | **Pending** |
| **Thibeault Corp. of NE v. Nicole Alward**<br>**431-2014-SC-00176** | **Collection** | **Derry District Court**<br>**10 Courthouse Lane**<br>**Derry, NH 03038** | **Judgment for Plaintiff** |
| **Thibeault Corp. of NE v. Nicole Alward**<br>**431-2014-SC-00177** | **Collection** | **Derry District Court**<br>**10 Courthouse Lane**<br>**Derry, NH 03038** | **Judgment for Plaintiff** |
| **Granite State Concrete Co. v. Nicole Pace**<br>**457-2014-SC-00087** | **Collection** | **Merrimack District Court**<br>**Baboosic Lake Road**<br>**PO Box 324**<br>**Merrimack, NH 03054** | **Judgment for Plaintiff** |
| **Applicators Sales & Service v. VPE Duxbury, LLC and Nicole Alward a/k/a Nicole Pace**<br>**459-2015-CV-00072** | **Collection** | **9th Circuit – District Division – Nashua**<br>**30 Spring Street, Suite 101**<br>**Nashua, NH 03060** | **Pending** |
| **Applicators Sales & Service v. Grapevine Investments, LLC and Nicole Alward a/k/a Nicole Pace**<br>**457-2015-CV-14** | **Collection** | **9th Circuit – District Division – Merrimack**<br>**4 Baboosic Lake Road**<br>**P.O. Box 324** | **Pending** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | Merrimack, NH 03054-0324 | |
|---|---|---|---|
| Hayner/Swanson, Inc. v. Nicole Alward 459-2014-SC-00812 | Collection | Nashua District Court 30 Spring Street, Suite 101 Nashua, NH 03060 | Judgment for Plaintiff |
| American Express Centurion Bank v. Nicole Pace 226-2013-CV-00507 | Collection | Hillsborough Superior Court Southern District 30 Spring Street Nashua, NH 03060 | Judgment for Plaintiff |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| People's United Bank 122 West Street Keene, NH  03431 | April 27, 2015 | Attachment recorded at HCRD, Book 8745, Page 1780 |

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| American Honda Finance Corporation PO Box 168088 Irving, TX  75016-8088 | 12/26/14 | 2012 Honda Civic |
| US Bank PO Box 108 Saint Louis, MO  63166-0108 | 9/2014 | 2011 Mercedes Benz |
| Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA  50306-0335 | 4/1/15 | 57 Village Drive, Unit 39, Building 7, Meredith, NH |
| Washington Trust 23 Broad St Westerly, RI  02891-1879 | 8/27/14 | 7 Westview Drive, Litchfield, NH |
| Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA  50306-0335 | 4/1/15 | 57 Village Drive, Unit 39, Building 7, Meredith, NH |
| Ally Financial PO Box 380901 Bloomington, MN  55438 | 9/2014 | 2013 GMC |
| Ally Financial PO Box 380901 Bloomington, MN  55438 | 11/2014 | 2012 GMC |
| People's United Bank 122 West Street Keene, NH  03431 | 11/6/14 | 3 Parcels of Land located at Waukewan Street, Meredith, NH |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mark P. Cornell,** **Attorney at Law, PLLC** **2 Greenwood Ave.** **Concord, NH  03301-0000** | **7/01/2015** | **3,000.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Lake Sunapee Bank** **PO Box 29** **Newport, NH  03773-0029** | **Joint Bank Account With Son,** **Joshua Jennings** | **$10.00 (Approx.)** **March 2015** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Minor Daughter** | **Checking Account - $100.00** | **Bank of America** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2 Westview Drive, Litchfield, NH** | | |
| **7 Westview Drive, Litchfield, NH** | | |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Blue Diamond Revere, LLC** | **45-2144809** | | **Building & Development** | **2011-2013** |
| **RPP Realty Trust** | | | **Building & Development** | **Closed Closed** |
| **VPE Sharon 1, LLC** | **45-3187540** | | **Building & Development** | **Closed Closed** |
| **VPE Sharon Commons, LLC** | **45-3187596** | | **Building & Development** | **Closed** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| VPE Hingham, LLC | 45-3412821 | Building & Development | Closed |
| VPE High Street, LLC | 45-3187650 | Building & Development | Closed |
| VPE Franklin, LLC | 45-3025773 | Building & Development | Closed |
| VPE Duxbury, LLC | 45-3201687 | Building & Development | Closed |
| VPE Communities, LLC | 45-3412733 | Building & Development | Closed |
| Nic Realty, LLC | 27-2252143 | Building & Development | 2011-2014 |
| Morris Heights, LLC | 45-4291162 | Building & Development | Closed |
| Monogram Invetments, LLC | 46-2009095 | Building & Development | 2013-Pres. |
| Monogram Real Estate LLC | 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 | Real Estate Sales | 2007-Pres. |
| Monogram Building & Development LLC | 45-3188364 | Building & Development | 2011-Pres. |
| Marathon Carpentry LLC | 27-2252143 | Building & Development | 2010-2013 |
| L&N Jamesway Development LLC | 27-2113452 | Building & Development | Closed |
| JBCG Properties, LLC | 45-0641072 | Building & Development | 2009-2014 |
| Grapevine Builders LLC | 20-1488094 | Building & Development | 2004-2014 |
| Blue Diamond Osterville LLC | 45-2145330 | Building & Development | Closed |
| Blue Diamond Hanover Elm LLC | 45-2280748 | Building & Development | Closed |
| B&N Design, LLC | 20-2966904 | Building & Development | 2005-Pres. |
| Black Grape, LLC | | | |

---

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.



---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **July 23, 2015**          Signature  ***/s/ Nicole  Alward***
                                 of Debtor                                              **Nicole  Alward**

Date: _____     Signature _____
                                 of Joint Debtor
                                 (if any)

                        _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

**B6A (Official Form 6A) (12/07)**

IN RE **Alward, Nicole** _____ Case No. _____

<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Personal Residence located at 5 Hemlock Court, Litchfield, NH - (JBCG Family Trust)** | | | 321,900.00 | 406,882.69 |
| | | **TOTAL** | 321,900.00 | |

<div align="right">(Report also on Summary of Schedules)</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** <u>Alward, Nicole</u>                        Case No. _____

<div align="center">Debtor(s)                                         (If known)</div>

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY

</div>

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash** | | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account located at Lake Sunapee Bank...3110 (Overdrawn)** | | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Audio/Video/Electronics**<br>**Household Goods and Furnishings** | | **1,500.00**<br>**3,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books/CDs/DVDs** | | **500.00** |
| 6. Wearing apparel. | | **Clothing** | | **100.00** |
| 7. Furs and jewelry. | | **Jewelry** | | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Ownership Interest in Monogram Building & Development LLC** | | **0.00** |
| | | **100% Ownership Interest in Monogram Investments, LLC** | | **0.00** |
| | | **100% Ownership Interest in Monogram Real Estate LLC** | | **0.00** |
| | | **50% Ownership Interest in B&N Design, LLC** | | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Alward, Nicole** _____ Case No. _____
<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **50% Ownership Interest in JBCG Properties, LLC** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Right to 25% Profit Distribution in 40 Bunker Hill, Osterville, LLC (Not an owner, unlikely to receive any distribution).** | | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Alward, Nicole** _____   Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | | **Dog & Cat** | | 2.00 |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 5,622.00 |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

**IN RE** Alward, Nicole _____   Case No. _____
_____Debtor(s)_____                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Personal Residence located at 5 Hemlock Court, Litchfield, NH - (JBCG Family Trust)** | **N.H. Rev. Stat. Ann. § 480:1 et seq.** | **100,000.00** | **321,900.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | **RSA § 511:2(XVIII)** | **20.00** | **20.00** |
| **Audio/Video/Electronics** | **N.H. Rev. Stat. Ann. § 511:2(III)** | **1,500.00** | **1,500.00** |
| **Household Goods and Furnishings** | **N.H. Rev. Stat. Ann. § 511:2(II)** | **500.00** | **3,000.00** |
| | **N.H. Rev. Stat. Ann. § 511:2(IV)** | **500.00** | |
| | **N.H. Rev. Stat. Ann. § 511:2(III)** | **2,000.00** | |
| **Books/CDs/DVDs** | **N.H. Rev. Stat. Ann. § 511:2(VIII)** | **500.00** | **500.00** |
| **Clothing** | **N.H. Rev. Stat. Ann. § 511:2(I)** | **100.00** | **100.00** |
| **Jewelry** | **N.H. Rev. Stat. Ann. § 512:2(XVII)** | **500.00** | **500.00** |
| **Dog & Cat** | **RSA § 511:2(XVIII)** | **2.00** | **2.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Alward, Nicole**                                                                                      Case No. _____

<div align="center">Debtor(s)                                     (If known)</div>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **200036...** <br><br>**Lake Sunapee Bank**<br>**PO Box 29**<br>**Newport, NH  03773-0029** | | | **Mortgage on Personal Residence located at 5 Hemlock Court, Litchfield, NH**<br><br><br>VALUE $ **321,900.00** | | | | 238,928.00 | |
| ACCOUNT NO. **1615388** <br><br>**People's United Bank**<br>**122 West Street**<br>**Keene, NH  03431** | X | | **Foreclosure - 3 Parcels of Land located at Waukewan Street, Meredith, NH, secured by attachment recorded on April 27, 2015 at Book 8745, Page 1780, in the HCRD.**<br><br>VALUE $ **321,900.00** | | | | 167,954.69 | 84,982.69 |
| ACCOUNT NO. <br><br>**Merra & Kanakis**<br>**Attorney Mark D. Kanakis**<br>**159 Main St**<br>**Nashua, NH  03060-2725** | | | **Assignee or other notification for:**<br>**People's United Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br>VALUE $ | | | | | |

<table>
<tr><td align="right"><b>0</b> continuation sheets attached</td><td align="right">Subtotal<br>(Total of this page)</td><td>$ <b>406,882.69</b></td><td>$ <b>84,982.69</b></td></tr>
<tr><td></td><td align="right">Total<br>(Use only on last page)</td><td>$ <b>406,882.69</b></td><td>$ <b>84,982.69</b></td></tr>
<tr><td></td><td></td><td>(Report also on Summary of Schedules.)</td><td>(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)</td></tr>
</table>

B6E (Official Form 6E) (04/13)

IN RE **Alward, Nicole** _____   Case No. _____

Debtor(s)   (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

**IN RE** Alward, Nicole _____   Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA  19101-7346** | | | **2010 Income Taxes - May be secured by a lien.** | | | | **6,000.00** | **6,000.00** | |
| ACCOUNT NO.<br>**Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA  19101-7346** | | | **2011 Income Taxes - May be secured by a lien.** | | | | **5,056.49** | **5,056.49** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **11,056.49** | $ **11,056.49** | $ |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **11,056.49**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **11,056.49** $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Alward, Nicole _____   Case No. _____
  Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **024920712866**<br><br>**Ally Financial<br>PO Box 380901<br>Bloomington, MN  55438** | | | **Deficiency on Repossessed Vehicle - 2012 GMC** | | | | **3,695.00** |
| ACCOUNT NO. **024919610143**<br><br>**Ally Financial<br>PO Box 380901<br>Bloomington, MN  55438** | | | **Deficiency on Repossessed Vehicle - 2013 GMC** | | | | **17,693.00** |
| ACCOUNT NO. **3717-125715-13002**<br><br>**American Express<br>PO Box 53852<br>Phoenix, AZ  85072-3852** | | | **Credit Card** | | | | **238,000.00** |
| ACCOUNT NO.<br><br>**Sweeney & Sweeney<br>6 Manchester St<br>Nashua, NH  03064-2160** | | | **Assignee or other notification for:<br>American Express** | | | | |

__**16**__ continuation sheets attached

Subtotal
(Total of this page) $ **259,388.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____  Case No. _____
Debtor(s)                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3715-393997-84006** <br><br>**American Express**<br>**PO Box 53852**<br>**Phoenix, AZ  85072-3852** | | | **Credit Card** | | | | **unknown** |
| ACCOUNT NO. **151610675** <br><br>**American Honda Finance Corporation**<br>**PO Box 168088**<br>**Irving, TX  75016-8088** | | | **Deficiency on Repossessed Vehicle - 2012 Honda Civic** | | | | **11,346.00** |
| ACCOUNT NO. <br><br>**Stoneleigh Recovery**<br>**810 Springer Dr**<br>**Lombard, IL  60148-6413** | | | **Assignee or other notification for:**<br>**American Honda Finance Corporation** | | | | |
| ACCOUNT NO. **49766252** <br><br>**Amoskeag Anesthesia**<br>**1 Elliot Way**<br>**Manchester, NH  03103-3502** | | | **Medical Bill** | | | | **1,698.00** |
| ACCOUNT NO. **216135** <br><br>**Applicators Sales & Services**<br>**15 Keewaydin Dr**<br>**Salem, NH  03079-2840** | | | **Business Debt** | | | | **9,822.00** |
| ACCOUNT NO. <br><br>**Niederman, Stanzel & Lindsey**<br>**55 West Webster Street**<br>**Manchester, NH  03104** | | | **Assignee or other notification for:**<br>**Applicators Sales & Services** | | | | |
| ACCOUNT NO. **026527** <br><br>**Applicators Sales & Services**<br>**15 Keewaydin Dr**<br>**Salem, NH  03079-2840** | | | **Business Debt** | | | | **21,255.00** |

Sheet no. **1** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **44,121.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Alward, Nicole _____ Case No. _____
            Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Niederman, Stanzel & Lindsey<br>55 West Webster Street<br>Manchester, NH  03104 | | | Assignee or other notification for:<br>Applicators Sales & Services | | | | |
| ACCOUNT NO.<br>Attorney Gerry Prunier<br>20 Trafalgar Sq Ste 626<br>Nashua, NH  03063-1981 | | | Legal Fees | | | | 35,000.00 |
| ACCOUNT NO.<br>Benson's Lumber<br>20 Orchard View Dr<br>Londonderry, NH  03053-3366 | | | Business Debt | | | | 65,000.00 |
| ACCOUNT NO.<br>Best Fitness<br>203 Plain St<br>Lowell, MA  01852-5144 | | | Unsecured Claim | | | | 463.00 |
| ACCOUNT NO.<br>Swift Funds LLC<br>927 Deep Valley Dr Ste 195<br>Rolling Hills Estates, CA  90274-3869 | | | Assignee or other notification for:<br>Best Fitness | | | | |
| ACCOUNT NO.<br>Brian Poliquin<br>4 Taschereau Blvd<br>Nashua, NH  03062-2320 | | | Business Debt | | | | 5,000.00 |
| ACCOUNT NO. 33618800<br>Byram Medical<br>239 Mill St<br>Worcester, MA  01602-3191 | | | Medical Bill | | | | 263.00 |

Sheet no. __2__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **105,726.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____ Case No. _____
_____Debtor(s)_____ _____(If known)_____

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Capital One** <br> **Attn: Bankruptcy Department** <br> **PO Box 30285** <br> **Salt Lake City, UT  84130-0285** | | | **Jordan's Credit Card** | | | | **10,500.00** |
| ACCOUNT NO. <br> **CACH LLC** <br> **4340 S Monaco St 2nd Fl** <br> **Denver, CO  80237-3485** | | | **Assignee or other notification for:** <br> **Capital One** | | | | |
| ACCOUNT NO. <br> **Fresh Solutions** <br> **4340 S. Monaco, Fourth Floor** <br> **Denver, CO  80237** | | | **Assignee or other notification for:** <br> **Capital One** | | | | |
| ACCOUNT NO. <br> **Portfolio Recovery Associates, LLC** <br> **120 Corporate Blvd Ste 100** <br> **Norfolk, VA  23502-4962** | | | **Assignee or other notification for:** <br> **Capital One** | | | | |
| ACCOUNT NO. **Various** <br> **Catholic Medical Center** <br> **PO Box 3240** <br> **Manchester, NH  03105-3240** | | | | | | | **unknown** |
| ACCOUNT NO. <br> **Computer Credit, Inc.** <br> **PO Box 5238** <br> **Winston-Salem, NC  27113-5238** | | | **Assignee or other notification for:** <br> **Catholic Medical Center** | | | | |
| ACCOUNT NO. **14079** <br> **Central Parking** <br> **Manchester/Boston Regional Airport** <br> **1 Airport Rd** <br> **Manchester, NH  03103-7450** | | | **Unsecured Claim** | | | | **204.00** |

Sheet no. **3** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,704.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____  Case No. _____

                Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **36753**<br>**City Fuel**<br>**67 Willow St**<br>**Manchester, NH  03103-6321** | | | **Unsecured Claim** | | | | **1,100.00** |
| ACCOUNT NO.<br>**MDC Recovery Services**<br>**14 Depot St**<br>**Merrimack, NH  03054-3422** | | | **Assignee or other notification for:**<br>**City Fuel** | | | | |
| ACCOUNT NO. **411217**<br>**Colon & Rectal Surgery**<br>**8 Prospect St**<br>**Nashua, NH  03060-3925** | | | **Medical Bill** | | | | **1,410.00** |
| ACCOUNT NO.<br>**Electromedical Associates Inc.**<br>**PO Box 473**<br>**Amherst, NH  03031** | | | **Assignee or other notification for:**<br>**Colon & Rectal Surgery** | | | | |
| ACCOUNT NO. **82813...**<br>**Comenity Bank**<br>**Bankruptcy Department**<br>**PO Box 182125**<br>**Columbus, OH  43218-2125** | | | **Victoria's Secret Credit Card** | | | | **1,054.00** |
| ACCOUNT NO. **#HO-0282126-00**<br>**Cooperative Insurance**<br>**292 Colonial Dr**<br>**Middlebury, VT  05753-9827** | | | **Insurance** | | | | **94.00** |
| ACCOUNT NO. **Various**<br>**Dartmouth Hitchcock**<br>**PO Box 10547**<br>**Bedford, NH  03110-0547** | | | **Medical Bill** | | | | **unknown** |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
      (Total of this page) $ **3,658.00**

                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **David Kreed, CPA** <br> **36 North St** <br> **Manchester, NH  03104-3023** | | | **Business Debt** | | | | 8,500.00 |
| ACCOUNT NO. <br> **DLB Paving** <br> **55 Charles Bancroft Hwy** <br> **Litchfield, NH  03052-2600** | | | **Business Debt** | | | | 4,000.00 |
| ACCOUNT NO. **515318** <br> **Dr. Montanarella & Associates** <br> **30 Canton St Ste 6** <br> **Manchester, NH  03103-3524** | | | **Medical Bill** | | | | **unknown** |
| ACCOUNT NO. **4108 3082...** <br> **DSNB** <br> **PO Box 8053** <br> **Mason, OH  45040** | | | **Macy's Credit Card** | | | | 1,405.00 |
| ACCOUNT NO. **ESL100051612** <br> **Eaton & Berube** <br> **365 Nashua St** <br> **Milford, NH  03055-4918** | | | **Business Debt** | | | | 3,499.00 |
| ACCOUNT NO. <br> **Ed Hoyt Quality Logs & Veneer** <br> **42 Owl St** <br> **Campton, NH  03223** | | | **Business Debt** | | | | 8,768.00 |
| ACCOUNT NO. <br> **BB&T** <br> **Attn: CEO Line** <br> **PO Box 632** <br> **Whiteville, NC  28472** | | | **Assignee or other notification for:** <br> **Ed Hoyt Quality Logs & Veneer** | | | | |

Sheet no. **5** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 26,172.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____  Case No. _____
          Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **411217**<br>**Electromedical Associates Inc.**<br>**PO Box 473**<br>**Amherst, NH  03031** | | | **Collection Company for Hospitalist** | | | | **1,620.00** |
| ACCOUNT NO. **Various**<br>**Elliot Hospital**<br>**PO Box 1238**<br>**Salem, NH  03079** | | | **Medical Bill** | | | | **unknown** |
| ACCOUNT NO.<br>**Balanced Healthcare Receivables, LLC**<br>**164 Burke Street, Suite 201**<br>**Nashua, NH  03060** | | | **Assignee or other notification for:**<br>**Elliot Hospital** | | | | |
| ACCOUNT NO.<br>**Transworld Systems Inc.**<br>**PO Box 17205**<br>**Wilmington, DE  19850-7205** | | | **Assignee or other notification for:**<br>**Elliot Hospital** | | | | |
| ACCOUNT NO. **00779331**<br>**Eversource**<br>**PO Box 650047**<br>**Dallas, TX  75265-0047** | | | **Utility** | | | | **unknown** |
| ACCOUNT NO.<br>**ONLINE Information Services, Inc.**<br>**P.O. Box 1489**<br>**Winterville, NC  28590** | | | **Assignee or other notification for:**<br>**Eversource** | | | | |
| ACCOUNT NO. **367675**<br>**First Line Financial**<br>**Village Centre, 766 Walker Rd # D**<br>**Great Falls, VA  22066** | | | **Kirby** | | | | **73.00** |

Sheet no. ___**6**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,693.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

*© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____     Case No. _____

<div style="text-align:center">Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)</div>

<div style="text-align:center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Various**<br>**Foundation Medical Partners**<br>**8 Prospect St**<br>**Nashua, NH  03060-3925** | | | **Medical Bill** | | | | **unknown** |
| ACCOUNT NO. **05-0558-42644**<br>**GEICO**<br>**PO Box 9506**<br>**Fredericksburg, VA  22403-9500** | | | **Insurance** | | | | **70.00** |
| ACCOUNT NO.<br>**Credit Collection Services**<br>**PO Box 9136**<br>**Needham, MA  02494-9133** | | | **Assignee or other notification for:**<br>**GEICO** | | | | |
| ACCOUNT NO.<br>**GEPA Mortgage**<br>**2 Westview Dr**<br>**Litchfield, NH  03052-2360** | | | **Foreclosure - Beech Street, Manchester, NH** | | | | **35,000.00** |
| ACCOUNT NO.<br>**Granite State Concrete**<br>**520 Groton Rd**<br>**Westford, MA  01886-1151** | | | **Business Debt** | | | | **2,200.00** |
| ACCOUNT NO. **892780**<br>**Greater Nashua ER Physicians**<br>**172 Kinsley St**<br>**Nashua, NH  03060-3648** | | | **Medical Bill** | | | | **150.00** |
| ACCOUNT NO.<br>**Gregsak Engineering Inc.**<br>**243 Haverhill Road**<br>**Nashua, NH  03063** | | | **Business Debt** | | | | **13,000.00** |

Sheet no. ___**7**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **50,420.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____  Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1366** <br> **Handle With Care Vet** <br> **33 Crystal Ave** <br> **Derry, NH  03038-1711** | | | Unsecured Claim | | | | 446.00 |
| ACCOUNT NO. <br> **Harry & Alberta Standel** <br> **681 Osgood Rd** <br> **Milford, NH  03055-3447** | | | Claim | X | X | | unknown |
| ACCOUNT NO. **11132** <br> **Hayner Swanson** <br> **3 Congress St** <br> **Nashua, NH  03062-3301** | | | Business Debt | | | | 788.00 |
| ACCOUNT NO. **Various** <br> **HMFP Surgery** <br> **375 Longwood Ave Ste 3** <br> **Boston, MA  02215-5395** | | | Medical Bill | | | | unknown |
| ACCOUNT NO. **36289** <br> **Home Health & Hospice** <br> **7 Executive Park Dr** <br> **Merrimack, NH  03054-4058** | | | Medical Bill | | | | 181.00 |
| ACCOUNT NO. <br> **Hudson Plumbing & Heating** <br> **7 Avery Rd** <br> **Londonderry, NH  03053-6111** | | | Business Debt | | | | 9,000.00 |
| ACCOUNT NO. **16320** <br> **Keene Medical Products** <br> **5 Landing Rd** <br> **Enfield, NH  03748-3545** | | | Medical Bill | | | | unknown |

Sheet no. **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,415.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____  Case No. _____
                            Debtor(s)                                               (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **367675**<br>**Kirby Co.**<br>**34 Folly Mill Rd**<br>**Seabrook, NH  03874-4053** | | | **Unsecured Claim** | | | | 1,600.00 |
| ACCOUNT NO. **8100002963**<br>**Lake Sunapee Bank**<br>**PO Box 29**<br>**Newport, NH  03773-0029** | | | **Overdrawn Checking** | | | | 593.00 |
| ACCOUNT NO.<br>**Lamont, Hanley & Assoc., Inc.**<br>**PO Box 179**<br>**Manchester, NH  03105-0179** | | | **Assignee or other notification for:**<br>**Lake Sunapee Bank** | | | | |
| ACCOUNT NO. **8100003060**<br>**Lake Sunapee Bank**<br>**PO Box 29**<br>**Newport, NH  03773-0029** | | | **Overdrawn Checking** | | | | 300.00 |
| ACCOUNT NO.<br>**Lamont, Hanley & Assoc., Inc.**<br>**PO Box 179**<br>**Manchester, NH  03105-0179** | | | **Assignee or other notification for:**<br>**Lake Sunapee Bank** | | | | |
| ACCOUNT NO. **220000...**<br>**Lake Sunapee Bank**<br>**PO Box 29**<br>**Newport, NH  03773-0029** | | | **Personal Guaranty on Mortgage on Property located at 1 Ipswich Street, Merrimack, NH** | | | | 51,023.00 |
| ACCOUNT NO.<br>**Lexon Surety Group**<br>**12890 Lebanon Rd**<br>**Mount Juliet, TN  37122-2870** | | | **Business Debt** | | | | 25,000.00 |

Sheet no. ___**9**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 78,516.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____  Case No. _____

Debtor(s)  (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Old Hickory Insurance Agency**<br>PO Box 2082<br>Indianapolis, IN  46206-2082 | | | Assignee or other notification for:<br>Lexon Surety Group | | | | |
| ACCOUNT NO. **Various**<br>**Manchester Urology**<br>4 Elliot Way Ste 200<br>Manchester, NH  03103-3553 | | | Medical Bill | | | | unknown |
| ACCOUNT NO. **Various**<br>**Massachusetts General Hospital**<br>55 Fruit Street<br>Boston, MA  02114 | | | Medical Bill | | | | unknown |
| ACCOUNT NO.<br>**Gragil Associates**<br>PO Box 1010<br>Pembroke, MA  02359-1010 | | | Assignee or other notification for:<br>Massachusetts General Hospital | | | | |
| ACCOUNT NO.<br>**Nashua Anesthesia Partners**<br>8 Prospect St<br>Nashua, NH  03060-3925 | | | Medical Bill | | | | 2,005.00 |
| ACCOUNT NO.<br>**Atlantic Collection Agency**<br>194 Boston Post Rd<br>East Lyme, CT  06333-1613 | | | Assignee or other notification for:<br>Nashua Anesthesia Partners | | | | |
| ACCOUNT NO. **1149-479455**<br>**Nashua Anesthesia Partners**<br>8 Prospect St<br>Nashua, NH  03060-3925 | | | Medical Bill | | | | 2,005.00 |

Sheet no. __**10**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **4,010.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____ Case No. _____
<span style="padding-left:3em">Debtor(s)</span> <span style="padding-left:20em">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Atlantic Collection Agency** <br> **194 Boston Post Rd** <br> **East Lyme, CT  06333-1613** | | | Assignee or other notification for: <br> **Nashua Anesthesia Partners** | | | | |
| ACCOUNT NO. **5466815360** <br> **National Grid** <br> **PO Box 960** <br> **Northborough, MA  01532-0960** | | | **Utility** | | | | **403.00** |
| ACCOUNT NO. <br> **Transworld Systems Inc.** <br> **PO Box 17205** <br> **Wilmington, DE  19850-7205** | | | Assignee or other notification for: <br> **National Grid** | | | | |
| ACCOUNT NO. **Various** <br> **NE Neurospine** <br> **168 Kinsley St Ste 10** <br> **Nashua, NH  03060-3634** | | | **Medical Bill** | | | | **unknown** |
| ACCOUNT NO. <br> **Owen Law Office** <br> **10 Corporate Dr** <br> **Bedford, NH  03110-5956** | | | **Legal Fees** | | | | **520.00** |
| ACCOUNT NO. **5305621** <br> **Peerless** <br> **62 Maple Ave** <br> **Keene, NH  03431-1625** | | | **Business Debt** | | | | **344.00** |
| ACCOUNT NO. <br> **Brennan & Clark** <br> **721 E Madison St** <br> **Villa Park, IL  60181-3084** | | | Assignee or other notification for: <br> **Peerless** | | | | |

Sheet no. **11** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal <br> (Total of this page) $ <strong>1,267.00</strong></div>

<div style="text-align:right">Total <br> (Use only on last page of the completed Schedule F. Report also on <br> the Summary of Schedules, and if applicable, on the Statistical <br> Summary of Certain Liabilities and Related Data.) $</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____ Case No. _____

Debtor(s) (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **100280266-97443**<br>**Pennichuck Water**<br>**200 Concord St**<br>**Nashua, NH  03064-1202** | | | **Utility** | | | | **337.00** |
| ACCOUNT NO.<br>**Phoenix Emergency Medicine of Broward**<br>**201 E Sample Rd Pompano Beach**<br>**Pompano Beach, FL  33064** | | | **Medical Bill** | | | | **132.00** |
| ACCOUNT NO.<br>**Amerifinancial Solutions**<br>**PO Box 602570**<br>**Charlotte, NC  28260-2570** | | | **Assignee or other notification for:**<br>**Phoenix Emergency Medicine of Broward** | | | | |
| ACCOUNT NO. **Various**<br>**Phoenix Emergency Medicine of Broward**<br>**201 E Sample Rd Pompano Beach**<br>**Pompano Beach, FL  33064** | | | **Medical Bill** | | | | **132.00** |
| ACCOUNT NO. **Various**<br>**PSNH**<br>**PO Box 650047**<br>**Dallas, TX  75265-0047** | | | **Utility** | | | | **unknown** |
| ACCOUNT NO.<br>**Credit Collection Services**<br>**PO Box 9136**<br>**Needham, MA  02494-9133** | | | **Assignee or other notification for:**<br>**PSNH** | | | | |
| ACCOUNT NO.<br>**Associated Credit Services, Inc.**<br>**PO Box 5171**<br>**Westborough, MA  01581-5171** | | | **Assignee or other notification for:**<br>**PSNH** | | | | |

Sheet no. **12** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **601.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole** _____   Case No. _____
                  Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Quality Insulation**<br>**110 Perimeter Rd**<br>**Nashua, NH  03063-1301** | | | **Various** | | | | **10,000.00** |
| ACCOUNT NO. **Various**<br>**Southern NH Medical Center**<br>**8 Prospect St**<br>**Nashua, NH  03060-3925** | | | **Medical Bill** | | | | **unknown** |
| ACCOUNT NO.<br>**Benuck & Rainey, Inc.**<br>**221 Old Concord Turnpike**<br>**Barrington, NH  03825** | | | **Assignee or other notification for:**<br>**Southern NH Medical Center** | | | | |
| ACCOUNT NO. **Various**<br>**Southern NH Radiology Consultants PC**<br>**703 Riverway Place**<br>**Bedford, NH  03110** | | | **Medical Bill** | | | | **unknown** |
| ACCOUNT NO.<br>**CBHV**<br>**PO Box 831**<br>**Newburgh, NY  12551-0831** | | | **Assignee or other notification for:**<br>**Southern NH Radiology Consultants PC** | | | | |
| ACCOUNT NO.<br>**Electromedical Associates Inc.**<br>**PO Box 473**<br>**Amherst, NH  03031** | | | **Assignee or other notification for:**<br>**Southern NH Radiology Consultants PC** | | | | |
| ACCOUNT NO.<br>**Stoneleigh Recovery**<br>**810 Springer Dr**<br>**Lombard, IL  60148-6413** | | | **Assignee or other notification for:**<br>**Southern NH Radiology Consultants PC** | | | | |

Sheet no. ___**13**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole**                                          Case No. _____
_____
          Debtor(s)                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **368186**<br>**Southern NH Radiology Consultants PC**<br>**703 Riverway Place**<br>**Bedford, NH  03110** | | | **Medical Bill** | | | | **443.00** |
| ACCOUNT NO.<br>**St. Joseph Hospital**<br>**172 Kinsley St**<br>**Nashua, NH  03060-3648** | | | **Medical Bill** | | | | **784.00** |
| ACCOUNT NO.<br>**NH/Northeast Credit Services**<br>**PO Box 746**<br>**Nashua, NH  03061-0746** | | | **Assignee or other notification for:**<br>**St. Joseph Hospital** | | | | |
| ACCOUNT NO. **Various**<br>**St. Joseph Hospital**<br>**172 Kinsley St**<br>**Nashua, NH  03060-3648** | | | **Medical Bill** | | | | **unknown** |
| ACCOUNT NO.<br>**NH/Northeast Credit Services**<br>**PO Box 746**<br>**Nashua, NH  03061-0746** | | | **Assignee or other notification for:**<br>**St. Joseph Hospital** | | | | |
| ACCOUNT NO. **80053...**<br>**St. Mary's Bank**<br>**PO Box 720**<br>**Manchester, NH  03105-0720** | | | **Overdraft Protection** | | | | **unknown** |
| ACCOUNT NO. **7981 9243 0011 0897**<br>**Synchrony Bank**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 965060**<br>**Orlando, FL  32896-5060** | | | **Lowes Credit Card** | | | | **10,667.55** |

Sheet no. __**14**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,894.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Alward, Nicole**                                          Case No. _____

 Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Portfolio Recovery Associates, LLC**<br>**120 Corporate Blvd**<br>**Norfolk, VA  23502-4962** | | | **Assignee or other notification for:**<br>**Synchrony Bank** | | | | |
| ACCOUNT NO.<br>**Law Offices Of Howard Lee Schiff**<br>**154 Broad St Ste 1536**<br>**Nashua, NH  03063-3218** | | | **Assignee or other notification for:**<br>**Synchrony Bank** | | | | |
| ACCOUNT NO.<br>**Thibeault Corporation Of New England**<br>**603 Mammoth Rd**<br>**Londonderry, NH  03053-2146** | | | **Business Debt** | | | | 7,725.00 |
| ACCOUNT NO.<br>**Thibeault Corporation Of New England**<br>**603 Mammoth Rd**<br>**Londonderry, NH  03053-2146** | | | **Business Debt** | | | | 15,000.00 |
| ACCOUNT NO. **1665924**<br>**Total Gym**<br>**835 Springdale Dr Ste 206**<br>**Exton, PA  19341-2833** | | | **Unsecured Claim** | | | | 974.00 |
| ACCOUNT NO.<br>**BYL Collections**<br>**301 Lacey St**<br>**West Chester, PA  19382-3727** | | | **Assignee or other notification for:**<br>**Total Gym** | | | | |
| ACCOUNT NO.<br>**Town Of Meredith**<br>**41 Main St**<br>**Meredith, NH  03253-5836** | | | **Water** | | | | 1,382.00 |

Sheet no. **15** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **25,081.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Alward, Nicole _____  Case No. _____
                  Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **51361...**<br>**US Bank**<br>**PO Box 108**<br>**Saint Louis, MO  63166-0108** | | | **Deficiency on Repossessed Vehicle - 2011 Mercedes Benz** | | | | **11,732.00** |
| ACCOUNT NO. **9461...**<br>**Washington Trust**<br>**23 Broad St**<br>**Westerly, RI  02891-1879** | | | **Foreclosure - 7 Westview Drive, Litchfield, NH** | | | | **unknown** |
| ACCOUNT NO.<br>**Waukewan Village Association**<br>**18 Village Dr**<br>**Meredith, NH  03253-5739** | | | **Condo Fees** | | | | **2,316.00** |
| ACCOUNT NO. **8506502727618**<br>**Wells Fargo Home Mortgage**<br>**PO Box 10335**<br>**Des Moines, IA  50306-0335** | | | **Foreclosure - 57 Village Drive, Unit 39, Building 7, Meredith, NH** | | | | **34,911.00** |
| ACCOUNT NO.<br>**Harmon Law Offices, P.C.**<br>**150 California St**<br>**Newton, MA  02458-1005** | | | **Assignee or other notification for:**<br>**Wells Fargo Home Mortgage** | | | | |
| ACCOUNT NO. **708015382...**<br>**Wells Fargo Home Mortgage**<br>**PO Box 10335**<br>**Des Moines, IA  50306-0335** | | | **Foreclosure - 57 Village Drive, Unit 39, Building 7, Meredith, NH** | | | | **126,323.00** |
| ACCOUNT NO.<br>**Harmon Law Offices, P.C.**<br>**150 California St**<br>**Newton, MA  02458-1005** | | | **Assignee or other notification for:**<br>**Wells Fargo Home Mortgage** | | | | |

Sheet no. **16** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **175,282.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **818,948.55**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Alward, Nicole _____   Case No. _____

Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

**IN RE** Alward, Nicole _____  Case No. _____

Debtor(s)                                                                                      (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bonnie Gravel**<br>**31 Barbara Ln**<br>**Hudson, NH  03051-3769** | **People's United Bank**<br>**122 West Street**<br>**Keene, NH  03431** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1  **Nicole  Alward**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of New Hampshire

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM  /  DD  /  YYYY

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Official Form 6I
# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed  ☑ Not employed | ☐ Employed  ☐ Not employed |
| **Occupation** | Unemployed | |
| **Employer's name** | Unemployed | |
| **Employer's address** | Number   Street | Number   Street |
| | | |
| | City       State    ZIP Code | City       State    ZIP Code |
| **How long employed there?** | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ **0.00** | $_____ |
| **3.** | **Estimate and list monthly overtime pay.** | 3.  + $ **0.00** | + $_____ |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4.  $ **0.00** | $_____ |

Debtor 1    **Nicole  Alward**
First Name        Middle Name          Last Name                                                    Case number (if known)

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................➔ | 4. | $ 0.00 | $ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| 5e. **Insurance** | 5e. | $ 0.00 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 910.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 1,857.00 | $ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2,767.00 | $ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,767.00 + | $ = $ 2,767.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: **Social Security Income - (Daughter's Benefit)** _____                          11. + $ 928.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies     12.   $ 3,695.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:  **None**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **Nicole  Alward**
<br>First Name      Middle Name      Last Name

Debtor 2
<br>(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of New Hampshire

Case number
<br>(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

     MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.   Go to line 2.
<br>   ☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No
<br>     ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
<br>☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **16** | ☐ No   ☑ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
<br>☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4.   $ _____ **1,985.00** _____

If not included in line 4:

   4a.   Real estate taxes      4a.   $ _____ **0.00** _____

   4b.   Property, homeowner's, or renter's insurance      4b.   $ _____ **0.00** _____

   4c.   Home maintenance, repair, and upkeep expenses      4c.   $ _____ **50.00** _____

   4d.   Homeowner's association or condominium dues      4d.   $ _____ **0.00** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1   **Nicole  Alward** _____   Case number (if known)_____
First Name        Middle Name        Last Name

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 450.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 50.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 350.00 |
| 6d. Other. Specify: **Trash Collection** | 6d. | $ 25.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 400.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 150.00 |
| 10. **Personal care products and services** | 10. | $ 50.00 |
| 11. **Medical and dental expenses** | 11. | $ 250.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 100.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 50.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 640.00 |
| 15c. Vehicle insurance | 15c. | $ 0.00 |
| 15d. Other insurance. Specify: **Dental** | 15d. | $ 50.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1   **Nicole  Alward** _____ _____ ____ ____        Case number *(if know)* _____ _____ ____ _____
First Name          Middle Name          Last Name

21. **Other**. Specify:  **See Schedule Attached** _____        21.   +$           125.00

22. **Your monthly expenses.** Add lines 4 through 21.        22.    $       4,725.00
    The result is your monthly expenses.

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*        23a.   $       3,695.00

    23b.  Copy your monthly expenses from line 22 above.        23b.  −$       4,725.00

    23c.  Subtract your monthly expenses from your monthly income.        23c.   $      -1,030.00
          The result is your *monthly net income.*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.        **None**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Alward, Nicole _____  Case No. _____

<center>Debtor(s)</center>

<center>**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**</center>
<center>**Continuation Sheet - Page 1 of 1**</center>

Other Expenses

| | |
|---|---:|
| **Pet Food And Care** | **50.00** |
| **School Lunches** | **75.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Alward, Nicole** _____   Case No. _____
                       Debtor(s)                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**35** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 23, 2015** _____   Signature: _**/s/ Nicole  Alward**_____
                                            **Nicole  Alward**                          Debtor

Date: _____   Signature: _____
                                                   (Joint Debtor, if any)
                                     [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                    _____
                                         (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FB 201A (Form 201A) (06/14)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

     Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

     **<u>Chapter 13</u>: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

     Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

     Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

     After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

     **<u>Chapter 11</u>: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

     Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

     **<u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

     Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>**

     A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## District of New Hampshire

IN RE:                                                          Case No. _____

**Alward, Nicole**                                         Chapter **7** _____
_____
                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                         the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                                 the bankruptcy petition preparer.)
_____          (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Alward, Nicole**                                      **X** */s/ Nicole Alward*                          **7/23/2015**
_____          _____
Printed Name(s) of Debtor(s)                            Signature of Debtor                             Date

Case No. (if known) _____          **X** _____
                                                                 Signature of Joint Debtor (if any)               Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of New Hampshire**

IN RE:                                                      Case No. _____

Alward, Nicole _____    Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of _____**11** pages is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and assumes all responsibility for errors and omissions.


Date:  **July 23, 2015** _____        **/s/ Nicole  Alward** _____
                                                Debtor Signature
                                                **Alward, Nicole**
                                                **5 Hemlock Dr**
                                                **Litchfield, NH  03052-4400**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LBF 1007-2 (Eff. 2/1/13)

Ally Financial
PO Box 380901
Bloomington, MN  55438


American Express
PO Box 53852
Phoenix, AZ  85072-3852


American Honda Finance Corporation
PO Box 168088
Irving, TX  75016-8088


Amerifinancial Solutions
PO Box 602570
Charlotte, NC  28260-2570


Amoskeag Anesthesia
1 Elliot Way
Manchester, NH  03103-3502


Applicators Sales & Services
15 Keewaydin Dr
Salem, NH  03079-2840


Associated Credit Services, Inc.
PO Box 5171
Westborough, MA  01581-5171


Atlantic Collection Agency
194 Boston Post Rd
East Lyme, CT  06333-1613


Attorney Gerry Prunier
20 Trafalgar Sq Ste 626
Nashua, NH  03063-1981

Balanced Healthcare Receivables, LLC
164 Burke Street, Suite 201
Nashua, NH  03060


BB&T
Attn: CEO Line
PO Box 632
Whiteville, NC  28472


Benson's Lumber
20 Orchard View Dr
Londonderry, NH  03053-3366


Benuck & Rainey, Inc.
221 Old Concord Turnpike
Barrington, NH  03825


Best Fitness
203 Plain St
Lowell, MA  01852-5144


Brennan & Clark
721 E Madison St
Villa Park, IL  60181-3084


Brian Poliquin
4 Taschereau Blvd
Nashua, NH  03062-2320


BYL Collections
301 Lacey St
West Chester, PA  19382-3727


Byram Medical
239 Mill St
Worcester, MA  01602-3191

CACH LLC
4340 S Monaco St 2nd Fl
Denver, CO  80237-3485


Capital One
Attn: Bankruptcy Department
PO Box 30285
Salt Lake City, UT  84130-0285


Catholic Medical Center
PO Box 3240
Manchester, NH  03105-3240


CBHV
PO Box 831
Newburgh, NY  12551-0831


Central Parking
Manchester/Boston Regional Airport
1 Airport Rd
Manchester, NH  03103-7450


City Fuel
67 Willow St
Manchester, NH  03103-6321


Colon & Rectal Surgery
8 Prospect St
Nashua, NH  03060-3925


Comenity Bank
Bankruptcy Department
PO Box 182125
Columbus, OH  43218-2125

Computer Credit, Inc.
PO Box 5238
Winston-Salem, NC  27113-5238


Cooperative Insurance
292 Colonial Dr
Middlebury, VT  05753-9827


Credit Collection Services
PO Box 9136
Needham, MA  02494-9133


Dartmouth Hitchcock
PO Box 10547
Bedford, NH  03110-0547


David Kreed, CPA
36 North St
Manchester, NH  03104-3023


DLB Paving
55 Charles Bancroft Hwy
Litchfield, NH  03052-2600


Dr. Montanarella & Associates
30 Canton St Ste 6
Manchester, NH  03103-3524


DSNB
PO Box 8053
Mason, OH  45040


Eaton & Berube
365 Nashua St
Milford, NH  03055-4918

Ed Hoyt Quality Logs & Veneer
42 Owl St
Campton, NH  03223


Electromedical Associates Inc.
PO Box 473
Amherst, NH  03031


Elliot Hospital
PO Box 1238
Salem, NH  03079


Eversource
PO Box 650047
Dallas, TX  75265-0047


First Line Financial
Village Centre, 766 Walker Rd # D
Great Falls, VA  22066


Foundation Medical Partners
8 Prospect St
Nashua, NH  03060-3925


Fresh Solutions
4340 S. Monaco, Fourth Floor
Denver, CO  80237


GEICO
PO Box 9506
Fredericksburg, VA  22403-9500


GEPA Mortgage
2 Westview Dr
Litchfield, NH  03052-2360

Gragil Associates
PO Box 1010
Pembroke, MA   02359-1010


Granite State Concrete
520 Groton Rd
Westford, MA   01886-1151


Greater Nashua ER Physicians
172 Kinsley St
Nashua, NH   03060-3648


Gregsak Engineering Inc.
243 Haverhill Road
Nashua, NH   03063


Handle With Care Vet
33 Crystal Ave
Derry, NH   03038-1711


Harmon Law Offices, P.C.
150 California St
Newton, MA   02458-1005


Harry & Alberta Standel
681 Osgood Rd
Milford, NH   03055-3447


Hayner Swanson
3 Congress St
Nashua, NH   03062-3301


HMFP Surgery
375 Longwood Ave Ste 3
Boston, MA   02215-5395

Home Health & Hospice
7 Executive Park Dr
Merrimack, NH  03054-4058


Hudson Plumbing & Heating
7 Avery Rd
Londonderry, NH  03053-6111


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346


Keene Medical Products
5 Landing Rd
Enfield, NH  03748-3545


Kirby Co.
34 Folly Mill Rd
Seabrook, NH  03874-4053


Lake Sunapee Bank
PO Box 29
Newport, NH  03773-0029


Lamont, Hanley & Assoc., Inc.
PO Box 179
Manchester, NH  03105-0179


Law Offices Of Howard Lee Schiff
154 Broad St Ste 1536
Nashua, NH  03063-3218


Lexon Surety Group
12890 Lebanon Rd
Mount Juliet, TN  37122-2870

Manchester Urology
4 Elliot Way Ste 200
Manchester, NH   03103-3553


Massachusetts General Hospital
55 Fruit Street
Boston, MA   02114


MDC Recovery Services
14 Depot St
Merrimack, NH   03054-3422


Merra & Kanakis
Attorney Mark D. Kanakis
159 Main St
Nashua, NH   03060-2725


Nashua Anesthesia Partners
8 Prospect St
Nashua, NH   03060-3925


National Grid
PO Box 960
Northborough, MA   01532-0960


NE Neurospine
168 Kinsley St Ste 10
Nashua, NH   03060-3634


NH/Northeast Credit Services
PO Box 746
Nashua, NH   03061-0746


Niederman, Stanzel & Lindsey
55 West Webster Street
Manchester, NH   03104

```
Old Hickory Insurance Agency
PO Box 2082
Indianapolis, IN  46206-2082


ONLINE Information Services, Inc.
P.O. Box 1489
Winterville, NC  28590


Owen Law Office
10 Corporate Dr
Bedford, NH  03110-5956


Peerless
62 Maple Ave
Keene, NH  03431-1625


Pennichuck Water
200 Concord St
Nashua, NH  03064-1202


People's United Bank
122 West Street
Keene, NH  03431


Phoenix Emergency Medicine of Broward
201 E Sample Rd Pompano Beach
Pompano Beach, FL  33064


Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA  23502-4962


Portfolio Recovery Associates, LLC
120 Corporate Blvd Ste 100
Norfolk, VA  23502-4962
```

```
PSNH
PO Box 650047
Dallas, TX  75265-0047


Quality Insulation
110 Perimeter Rd
Nashua, NH  03063-1301


Southern NH Medical Center
8 Prospect St
Nashua, NH  03060-3925


Southern NH Radiology Consultants PC
703 Riverway Place
Bedford, NH  03110


St. Joseph Hospital
172 Kinsley St
Nashua, NH  03060-3648


St. Mary's Bank
PO Box 720
Manchester, NH  03105-0720


Stoneleigh Recovery
810 Springer Dr
Lombard, IL  60148-6413


Sweeney & Sweeney
6 Manchester St
Nashua, NH  03064-2160


Swift Funds LLC
927 Deep Valley Dr Ste 195
Rolling Hills Estates, CA  90274-3869
```

Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965060
Orlando, FL  32896-5060


Thibeault Corporation Of New England
603 Mammoth Rd
Londonderry, NH  03053-2146


Total Gym
835 Springdale Dr Ste 206
Exton, PA  19341-2833


Town Of Meredith
41 Main St
Meredith, NH  03253-5836


Transworld Systems Inc.
PO Box 17205
Wilmington, DE  19850-7205


US Bank
PO Box 108
Saint Louis, MO  63166-0108


Washington Trust
23 Broad St
Westerly, RI  02891-1879


Waukewan Village Association
18 Village Dr
Meredith, NH  03253-5739


Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA  50306-0335

**United States Bankruptcy Court**
**District of New Hampshire**

IN RE:                                                          Case No. _____

Alward, Nicole _____   Chapter **7** _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **3,000.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **3,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. The source of the compensation paid to me was:  ☐ Debtor   ☑ Other (specify): **Debtor's Former Spouse**

3. The source of compensation to be paid to me is:  ☐ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**July 23, 2015**_____              **/s/ Mark Cornell**_____
            Date                                 **Mark Cornell 04976**
                                                 **Mark P. Cornell,**
                                                 **Attorney at Law, PLLC**
                                                 **2 Greenwood Ave.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## District of New Hampshire

IN RE:                                                                Case No. _____

**Alward, Nicole**                                                   Chapter **7** _____

_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Lake Sunapee Bank** | **Describe Property Securing Debt:**<br>**Personal Residence located at 5 Hemlock Court, Litchfield, NH -** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**People's United Bank** | **Describe Property Securing Debt:**<br>**Personal Residence located at 5 Hemlock Court, Litchfield, NH -** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Avoid lien using 11 U.S.C. § 522(f)** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**July 23, 2015**_____          **/s/ Nicole  Alward** _____
                                                Signature of Debtor

                                                _____
                                                Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of New Hampshire

IN RE:                                              Case No. _____

__Alward, Nicole__ _____    Chapter **7** _____
                              Debtor(s)

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $    321,900.00 | | |
| B - Personal Property | Yes | 3 | $    5,622.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $    406,882.69 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $    11,056.49 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $    818,948.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $    3,695.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $    4,725.00 |
| TOTAL | | 33 | $    327,522.00 | $    1,236,887.73 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
## District of New Hampshire

IN RE:                                                           Case No. _____

**Alward, Nicole**                                               Chapter **7** _____
_____
                      Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 11,056.49 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **11,056.49** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | 3,695.00 |
| Average Expenses (from Schedule J, Line 22) | $ | 4,725.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ | 910.00 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 84,982.69 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 11,056.49 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 818,948.55 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 903,931.24 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1   **Nicole Alward**
　　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Debtor 2
(Spouse, if filing)   First Name　　　　　　Middle Name　　　　　　Last Name

United States Bankruptcy Court for the:   **District of New Hampshire**

Case number _____
(If known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 22A—1
## Chapter 7 Statement of Your Current Monthly Income                    12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

**1. What is your marital and filing status?** Check one only.

☑ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

　　☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

　　☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____0.00 | $_____0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____0.00 | $_____0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $____910.00 | $_____0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |
| | Gross receipts (before all deductions)　　　$____0.00 | | |
| | Ordinary and necessary operating expenses　– $____0.00 | | |
| | Net monthly income from a business, profession, or farm　$____0.00　Copy here➜ | $_____0.00 | $_____0.00 |
| 6. | **Net income from rental and other real property** | | |
| | Gross receipts (before all deductions)　　　$____0.00 | | |
| | Ordinary and necessary operating expenses　– $____0.00 | | |
| | Net monthly income from rental or other real property　$____0.00　Copy here➜ | $_____0.00 | $_____0.00 |
| 7. | **Interest, dividends, and royalties** | $_____0.00 | $_____0.00 |

Debtor 1 __Nicole  Alward_____

First Name    Middle Name    Last Name

Case number *(if known)*_____ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $_____0.00 | $_____0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .......................... ➡

For you .............................................................. $_____ **0.00**

For your spouse .................................................. $_____ **0.00**

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $_____0.00 | $_____0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. _____ | $_____ | $_____ |
| 10b. _____ | $_____ | $_____ |
| 10c. Total amounts from separate pages, if any. | +$_____0.00 | +$_____0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$____910.00  +  $_____0.00  =  $____910.00

Total current monthly income

---

**Part 2:**   Determine Whether the Means Test Applies to You

---

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11............................................... Copy line 11 here ➡ 12a.   $____910.00

Multiply by 12 (the number of months in a year).   **x 12**

12b.   The result is your annual income for this part of the form.   12b.   $ **10,920.00**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   **New Hampshire**

Fill in the number of people in your household.   **2**

Fill in the median family income for your state and size of household. .............................................13.   $ **68,757.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.   ☑   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b.   ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A–2.

---

**Part 3:**   Sign Below

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ __/s/ Nicole  Alward_____

Signature of Debtor 1

✖ _____

Signature of Debtor 2

Date __July 23, 2015__

MM / DD  / YYYY

Date _____

MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.