## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:  Chapter 7
ALWARD, NICOLE  Case No: 15-11155 BAH

Debtor(s)

### NOTICE OF WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

Steven M. Notinger, Chapter 7 Trustee for the above-referenced estate hereby WITHDRAWS the Trustee's Report of No Distribution filed on June 13, 2016. The Debtor did not disclose a potential medical malpractice claim on her bankruptcy schedules as she did not believe it had any value. The debtor was discharged and the bankruptcy case was closed. Debtor later obtained counsel to pursue the claim and filed a motion to reopen the bankruptcy case. The bankruptcy case was reopened on November 14, 2016. The Trustee set a claims bar date but neglected to withdraw Trustee's Report of No Distribution.

Respectfully Submitted,
Steven M. Notinger
Chapter 7 Trustee

May 8, 2019

/s/ Steven M. Notinger
Steven M. Notinger (03229)
Notinger Law, PLLC
7A Taggart Drive
Nashua NH 03060
603-417-2158